DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| v. | ) | Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| LIMUSEEA VAIVAI, | ) | POSSESSION OF A FIREARM BY A |
| | ) | PROHIBITED PERSON |
| Defendant. | ) | Vio. 18 U.S.C. §§ 922(g)(9) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 3: |
| | ) | CRIMINAL FORFEITURE |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 7, 2006, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, a firearm, to wit: a Ruger P-90, .45 caliber semiautomatic handgun, serial number 662-27482, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 2

On or about February 7, 2006, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, a firearm, to wit: a Ruger P-90, .45 caliber semiautomatic handgun, serial number 662-27482, having previously been convicted of the following misdemeanor crime of domestic violence:

| Offense | Court | Date | Case |
|---|---|---|---|
| Domestic Violence Assault | District Court Anchorage, Alaska | 10/21/04 | 3AN-04-8914CR |

All of which is in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 3

As a result of committing the offense alleged in Counts 1 and 2 of the Indictment, and upon conviction of Counts 1 and 2, offenses punishable by imprisonment for more

than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offenses, including but not limited to one Ruger P-90, .45 caliber semiautomatic handgun, serial number 662-27482, pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON


<u>s/ David A. Nesbett</u>
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov


<u>s/ Deborah M. Smith</u>
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED: ___3/21/06_____