DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:06-CR-031-JWS |
| ) | |
| LIMUSEEA VAIVAI, ) | <u>PETITION FOR WRIT OF</u> |
| ) | <u>HABEAS CORPUS AD</u> |
| On Writ of Habeas Corpus ) | <u>PROSEQUENDUM</u> |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

LIMUSEEA VAIVAI, who is imprisoned by the State of Alaska Department of Corrections, at the Anchorage Correctional Center West, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Limuseea Vaivai</u>, Case No. 3:06-CR-031-JWS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                DEBORAH M. SMITH
                                Acting United States Attorney

DATED: <u>March 29, 2006</u>        s/David A. Nesbett
                                Special Assistant U.S. Attorney
                                Federal Building & U.S. Courthouse
                                222 West Seventh Avenue,#9,Rm 253
                                Anchorage, Alaska  99513-7567
                                Phone: (907) 271-5071
                                Fax: (907) 271-1500
                                Email: david.nesbett@usdoj.gov