MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LIMUSEEA VAIVAI__   CASE NO. __3:06-cr-00031-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        DAVID NESBETT

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/3/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:35 p.m. court convened.

_X_ Copy of Indictment given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit **FILED.**
   _X_ Federal Public Defender to appoint counsel; FPD notified.

_X_ Continued Arraignment set for **April 5, 2006 at 3:30 p.m.**

_X_ Defendant detained/Detention Hearing set for **April 5, 2006 at 3:30 p.m.**   Order of Temporary Detention **FILED**.

At 3:50 p.m. court adjourned.

OFF RECORD NOTE: Continued Arraignment/Detention hearing set for **4/5/06 at 3:30 p.m.** is **VACATED** and reset for **4/5/06 at 4:00 p.m.** M.J. Haden appointed.

DATE:   April 3, 2006         DEPUTY CLERK'S INITIALS:    Rc