```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  LIMUSEEA VAIVAI          CASE NO. 3:06-cr-00031-JWS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           M.J. HADEN -APPOINTED

U.S.P.O.:                       KAREN BREWER

PROCEEDINGS: CONTINUED ARRAIGNMENT/DETENTION HEARING HELD
             4/5/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:00 p.m. court convened.

X Copy of Indictment previously given to defendant; waived
  reading.

X Waived full advisement of rights.

X Defendant stated true name:   same as above      Age: 33

X PLEAS: Not guilty to counts 1-3 of the Indictment.

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

X Pretrial motions due **April 25, 2006**   ; Order for the
  Progression of a Criminal Case **FILED**.

X Counsel advised of trial date: **6/12/06 at 9:00 a.m.**; final
  pretrial conference set **6/12/06 at 8:30 a.m.**

X OTHER: Counsel to meet and confer by **4/10/06**. Court directed
Government counsel to file certificate with the Clerk's Office.

At 4:08 p.m. court adjourned.

DATE: April 5, 2006         DEPUTY CLERK'S INITIALS:    Rc