DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-031-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>DISCOVERY CONFERENCE</u> |
| vs. | ) | <u>CERTIFICATE</u> |
| | ) | |
| LIMUSEEA VAIVAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

      This document certifies that the United States, pursuant to Fed. R. Crim. P. 16, provided all known discovery to the defendant on April 10th, 2006. If the presence of any additional discovery becomes known to the government, it will be provided as soon as it is received.

RESPECTFULLY submitted this 10th day of April, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/David A. Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue,#9,Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

**Certificate of Service**
I declare under penalty of perjury that a true and correct copy of the foregoing was sent electronically to MJ Haden on April 10, 2006

s/David A. Nesbett
Office of the U.S. Attorney