AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

RECEIVED
MAR 24 PM MAY 002 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | CASE NUMBER: 3:06-CR-00031 (JWS) |
| LIMUSEEA VAIVAI | |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LIMUSEEA VAIVAI and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): FELON IN POSSESSION OF A FIREARM - Count 1, POSSESSION OF A FIREARM BY A PROHIBITED PERSON - Count 2, CRIMINAL FORFEITURE - Count 3

in violation of Title 18 United States Code, Section(s) 922(g)(1) & 924(a)(2), and 922(g)(9) & 924(a)(2), and 924(d)(1).

| Ida Romack | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by *[signature]* Deputy Clerk | March 23, 2006 at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ to be determined                     by  Magistrate Judge John D. Roberts

---

**RETURN UNEXECUTED**

This warrant was received and executed with the arrest of the above-named defendant at: _____

WHCAP ISSUED

| DATE RECEIVED<br>24 MAR 2006<br>DATE OF ARREST<br>24 MAR 2006 | NAME AND TITLE OF ARRESTING OFFICER<br>STACY MELTON<br>SDUSM-USMS | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _LIMUSEEA SAMUEL VAIVAI_

ALIAS: _N/A_

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _UNKNOWN_

PLACE OF BIRTH: _UNKNOWN_

DATE OF BIRTH: _1_

SOCIAL SECURITY NUMBER: _____

HEIGHT: _6'00"_    WEIGHT: _220 lbs_

SEX: _M_    RACE: _A_

HAIR: _BRN_    EYES: _BRN_

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _

COMPLETE DESCRIPTION OF AUTO: _UNKNOWN_

INVESTIGATIVE AGENCY AND ADDRESS: _STEVE LYONS, APD (269-2496)_