# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   LIMUSEEA VAIVAI

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                   CASE NO.  3:06-cr-00031 JWS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 6, 2006

       The court has reviewed the notice of intent to change plea at docket 17. The final pre-trial conference and trial date in this case are **VACATED**. The court will conduct a proposed change of plea proceeding at 8:30 AM on June 12, 2006.

[ ]{IA.WPD*Rev.12/96}