DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1 and 3: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| v. | ) |    Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNTS 2 and 4: |
| LIMUSEEA VAIVAI, | ) | POSSESSION OF A FIREARM BY A |
| | ) | PROHIBITED PERSON |
| Defendant. | ) |    Vio. 18 U.S.C. §§ 922(g)(9) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 5: |
| | ) | CRIMINAL FORFEITURE |
| | ) |    Vio. 18 U.S.C. § 924(d)(1) |
| | ) | |

I N F O R M A T I O N

The Grand Jury charges that:

## COUNT 1

On or about July 26, 2005, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, 8 firearms, to wit: a Ruger .22 caliber rifle, model number 10/22, serial number 233-04409, a Ruger .45 caliber pistol, model number P-90, serial number 662-23420, and a Ruger .45 caliber pistol, model number P-90, serial number 661-79829, a Ruger .223 caliber rifle, model number Mini-14, serial number 184-34269, a Mossberg .12 gauge shotgun, model number 500A, serial number P565234, a Mossberg .12 gauge shotgun, model number 500A, serial number 389756, a Romarm 7.62 x 39 rifle, model number WASR-10, serial number 1-57812-03, and a Smith & Wesson 9mm caliber pistol, model number 59, serial number A378649, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 2

On or about July 26, 2005, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, 8 firearms, to wit: a Ruger .22 caliber rifle, model number 10/22, serial number 233-04409, a Ruger .45 caliber pistol, model number P-90, serial number 662-23420, and a Ruger .45 caliber pistol, model

number P-90, serial number 661-79829, a Ruger .223 caliber rifle, model number Mini-14, serial number 184-34269, a Mossberg .12 gauge shotgun, model number 500A, serial number P565234, a Mossberg .12 gauge shotgun, model number 500A, serial number 389756, a Romarm 7.62 x 39 rifle, model number WASR-10, serial number 1-57812-03, and a Smith & Wesson 9mm caliber pistol, model number 59, serial number A378649, having previously been convicted of the following misdemeanor crime of domestic violence:

| Offense | Court | Date | Case |
|---|---|---|---|
| Domestic Violence Assault | District Court Anchorage, Alaska | 10/21/04 | 3AN-04-8914CR |

All of which is in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 3

On or about February 7, 2006, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, a firearm, to wit: a Ruger .45 caliber pistol, model number P-90, serial number 662-27482, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 4

On or about February 7, 2006, in the District of Alaska, the defendant, LIMUSEEA VAIVAI, did knowingly possess in or affecting commerce, a firearm, to wit: a Ruger .45 caliber pistol, model number P-90, serial number 662-27482, having previously been convicted of the following misdemeanor crime of domestic violence:

| Offense | Court | Date | Case |
|---|---|---|---|
| Domestic Violence Assault | District Court Anchorage, Alaska | 10/21/04 | 3AN-04-8914CR |

All of which is in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 5

As a result of committing the offense alleged in Count 1-4 of the Information, and upon conviction of Count 1-4, offenses punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following firerarms: a Ruger .22 caliber rifle, model number 10/22, serial number 233-04409, a Ruger .45 caliber pistol, model number P-90, serial number 662-23420, and a Ruger .45 caliber pistol, model number P-90, serial number 661-79829, a Ruger .223 caliber rifle, model number Mini-14, serial number 184-34269, a Mossberg .12 gauge shotgun, model number 500A, serial number P565234, a Mossberg .12 gauge shotgun, model number 500A, serial number 389756, a Romarm 7.62 x 39 rifle, model number WASR-10, serial number 1-57812-03, a Smith & Wesson 9mm caliber pistol, model number 59, serial

number A378649, and a Llama .45 caliber semiautomatic handgun, Model Mini-Max,

serial number 71-04-07733-00, pursuant to Title 18, United States Code, Section

924(d)(1).

                                                DEBORAH M. SMITH
                                                Acting United States Attorney

DATED: June 12, 2006                  s/ David A. Nesbett
                                                DAVID A. NESBETT
                                                Special Assistant U.S. Attorney
                                                Federal Building & U.S. Courthouse
                                                222 West 7th Avenue, Room 253, #9
                                                Anchorage, Alaska 99513-7567
                                                Phone:(907) 271-5071
                                                Fax: (907) 271-1500
                                                Email: david.nesbett@usdoj.gov