MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LIMUSEEA VAIVAI__    CASE NO. __3:06-cr-00031-JWS__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: __JOHN W. SEDWICK__

DEPUTY CLERK/RECORDER: __ROBIN M. CARTER__

UNITED STATES' ATTORNEY: __DAVID NESBETT__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __BARBARA BURTON__

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING (ARRAIGNMENT AND ENTRY OF PLEA) HELD 6/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:54 a.m. court convened.

_X_ Copy of Information given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Waiver of Indictment **FILED.**

_X_ PLEAS: Guilty to counts __1-4 of the Information; admit Count 5 Of the Information.__

_X_ Court accepted pleas. Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for **8/23/06 at 8:30 a.m.**

_X_ OTHER: __Government to file forfeiture order re Count 5. Court reserved approval of the plea agreement until final review of the presentence report. Government to dismiss the Indictment in this case at the imposition of sentence.__

At 9:36 a.m. court adjourned.


DATE: __June 12, 2006__    DEPUTY CLERK'S INITIALS: __rc__