AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Alaska__

UNITED STATES OF AMERICA

V.

Limuseea Uzivei

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-CR-31 JWS

I, __Limuseea Uzivei__, the above named defendant, who is accused of

2 counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and 2 counts of being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(9)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

**REDACTED SIGNATURE**

Before _____

JOHN W. SEDWICK, U.S. DISTRICT JUDGE