Incorrect pdf originally attached.
The incorrect pdf has been removed and this page inserted to keep docket number