DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0031-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
| | ) | MEMORANDUM |
| LIMUSEEA VAIVAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, LIMUSEEA VAIVAI, who is scheduled to be sentenced on August 23, 2006.  For the reasons provided below, the government concurs with the recommendations

made by the final presentence report ("PSR"), and, pursuant to the 11(c)(1)(B) plea agreement recommends a sentence within the sentencing range of 51-63 months.

I. BACKGROUND

On June 12, 2006, the defendant pled guilty to the following four counts of the Information: two counts of felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); two counts of possession of a firearm by a prohibited person, in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2). The defendant also admitted to Count 5 of the Information, criminal forfeiture, in accordance with 18 U.S.C. § 922(d)(1). During his plea colloquy, Vaivai, who had previously been convicted of a felony and been convicted of a misdemeanor crime of domestic violence, admitted that in July of 2005, and in February of 2006, he possessed firearms. The firearms had been transported in interstate commerce.

II. SENTENCING CALCULATION

    A. Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Counts 1 through 4 of the First Superseding Indictment is ten (10) years imprisonment, a

$250,000 fine, three (3) years of supervised release, and a $100 special assessment.

    B.    <u>Sentencing Guidelines Calculation</u>

As noted in the PSR, neither the United States nor the defendant had any objections to the PSR. The guideline imprisonment range should be 51-63 months.

III.    <u>GOVERNMENT'S SENTENCING RECOMMENDATION</u>

The government respectfully recommends that the court impose a sentence at the high-end of the Sentencing Guidelines, or 60 months.

Sadly, Mr. Vaivai admits an addiction to methamphetamine. It is sad because during each of his court appearances, when sober, Mr. Vaivai has appeared intelligent, articulate, cooperative, and generally very friendly. He wishes to marry Ms. Vogel, a partner for the past 12 years, and adopt her two children in addition to raising their child, Malosi. Clearly, Vaivai possesses admirable qualities. He also possesses the ability to be a loving partner and parent, and be a productive member of the community.

However, Mr. Vaivai, has chosen a different direction in life. He has chosen to act violently and without regard to others, including his children and

Ms. Vogel. He may explain that his violent, criminal conduct is a result of his addiction to methamphetamine. As insidious as methamphetamine is, Mr. Vaivai's addiction is not an excuse.

As noted in the PSR, Mr. Vaivai has been convicted of the following crimes before moving to Alaska: Robbery at the age of 18 in 1991 in California; Second Degree Assault in 1994, at the age of 22, in Hawaii; Disorderly Conduct twice, Contempt of Court twice, and Third Degree Dangerous Drugs all in Hawaii between 1995 and 1997. Mr. Vaivai then moved to Anchorage, "for a change." Yet in 2004 to 2005, he was convicted of Fourth Degree Domestic Assault three times; the victim each time was Ms. Vogel. During these assaults he punched, hit and beat her. He choked her and held her up against the wall by her throat and punched her in the face multiple times. She feared she would die and vomited when he let her fall to the floor. Mr. Vaivai also was heard threatening to kill Ms. Vogel. Moreover, Mr. Vaivai is an admitted "Lieutenant in a criminal organization" and an "enforcer" who ensured that members "worked." These are euphemisms for criminal gang activity and his role in the gang. Mr. Vaivai dragged his former violent, criminal lifestyle to Alaska with him, and thereby threatened the safety of the community of Alaska in the same way he terrorized the

communities of California and Hawaii.

Section 922 of Title 18 of the United States Code is designed to address precisely this type of situation: certain people should be prohibited from possessing a firearm and Mr. Vaivai is one of them.

When considering the sentencing factors in 18 U.S.C. § 3553, therefore, a sentence at the high-end of the sentencing range of 51-63 months is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)   **60 months in custody**;

(2)   **No fine is requested** due to the defendant's inability to pay;

(4)   **A three (3) year period of supervised release,** and

(5)   **A special assessment in the amount of $400.00** is, of course, required.

// //

// //

// //

// //

    RESPECTFULLY SUBMITTED this 16th day of August, 2006 at Anchorage, Alaska.

                                                             DEBORAH M. SMITH
                                                             Acting United States Attorney

                                                             s/ David A. Nesbett
                                                             Special Assistant U.S. Attorney
                                                             222 West 7th Ave., #9, Rm. 253
                                                             Anchorage, AK 99513-7567
                                                             Phone: (907) 271-6306
                                                             Fax: (907) 271-1500
                                                             E-mail: david.nesbett@usdoj.gov
                                                             Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on M. J. Haden.

s/ David A. Nesbett