M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIMUSEEA VAIVAI,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0031-JWS<br><br>**NOTICE OF FILING DEFENDANT'S SENTENCING MEMORANDUM** |

　　　　Defendant, Limuseea VaiVai, by and through counsel M. J. Haden, Staff Attorney, hereby files the attached sentencing memorandum. The sentencing memorandum was originally filed incorrectly by ECF at Docket No. 24 on August 16, 2006. Counsel apologizes to the Court and counsel for any inconvenience.

DATED this 17th day of August 2006

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ M. J. Haden
        Staff Attorney
        Georgia Bar No. 316531
        601 West Fifth Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mj_haden@fd.org

<u>Certification</u>:
I certify that on Aug 17, 2006,
a copy of the foregoing document,
with attachments, was served
electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden