M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>LIMUSEEA VAIVAI,<br><br>                  Defendant. | Case No. 3:06-cr-0031-JWS<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

      Defendant, Limuseea VaiVai, by and through counsel M. J. Haden, Staff Attorney, and submits the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Wednesday, August 23, 2006.

      Mr. Vaivai was originally charged by way of indictment with one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and one count of being a prohibited person in possession of a firearm in violation of 922(g)(9).  On June 12, 2006, the government filed a felony information charging Mr. VaiVai with an additional violation

of 18 U.S.C. 922(g)(1) and an additional violation of 18 U.S.C. 922(g)(9)[1]. Mr. Vaivai waived his right to be indicted by the Grand Jury and entered a plea of guilty to the information pursuant to a written plea agreement. The plea agreement estimated that Mr. Vaivai's advisory guideline range would be 51 to 63 months. The parties are in agreement that the guideline estimate set forth in the plea agreement is an adequate sentence under the factors taken into consideration pursuant to 18 U.S.C. 3553(a) in that a sentence of 51 to 63 months is sufficient, but not greater than necessary to protect the public, reaffirm social norms, provide for deterrence to the defendant and others, and provide an opportunity for rehabilitation. Mr. Vaivai respectfully requests that the court impose a sentence within the advisory guideline range set forth in the plea agreement.

The presentence report writer has also calculated Mr. Vaivai's advisory guideline range as 51 to 63 months. Mr. Vaivai agrees with this calculation. In addition, there are no unresolved issues concerning the presentence report. There is no restitution owed. Mr. Vaivai submits that he does not now have, nor will have in the future, the ability to pay a fine.

Mr. Vaivai respectfully requests that the court impose a sentence at the low end of the advisory guideline range, a three year term of supervised release, and a special assessment of $400. The parties have agreed that Mr. Vaivai federal sentence should be imposed to run concurrent with the state sentence imposed in 3AN -S05-5685 CR; thus, Mr. Vaivai requests that the court honor the agreement of the parties and impose his

---

[1] Both the original indictment and the subsequent information contain a forfeiture provision. Mr. Vaivai has admitted to the forfeiture allegation.

federal sentence to run concurrent with the state sentence that he is currently serving. In addition, as it is evident from the presentence report, that Mr. Vaivai suffers from a long-standing substance abuse problem, Mr. Vaivai asks that the court strongly recommend that he be allowed to participate in the Bureau of Prisons' 500 Hour Drug and Alcohol Program.

DATED this 16th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 16, 2006, a copy of the foregoing document, Defendant's Sentencing Memorandum  was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden