DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00031-JWS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| LIMUSEEA VAIVAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  COMES NOW the United States of America, by and through counsel, and hereby

requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 22nd day of August, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, a true and correct copy
of the foregoing REQUEST FOR ENTRY OF PRELIMINARY
ORDER OF FORFEITURE was served electronically on:

M.J. HADEN  (Counsel for Limuseea Vaivai)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley