IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00031-JWS |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| LIMUSEEA VAIVAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Crim. P. 32.2(b) and based upon the defendant LIMUSEEA VAIVAI's June 12, 2006 guilty pleas to Counts 1 through 4, and admission to Count 5 (Criminal Forfeiture) of the Information in this case, and the Court's acceptance of the defendant's guilty pleas and admission, the Court finds that in light of the defendant's conviction of Counts 1 through 4 of the Information, the defendant's interest, if any, in the following nine firearms, described in Count 5, are property constituting firearms or ammunition involved in or used in the commission of such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. § 924(d)(1):

1. RUGER .22 CALIBER RIFLE, Model Number 10/22, Serial Number 233-04409;

2. RUGER .45 CALIBER PISTOL, Model Number P-90, Serial Number 662-23420;

3. RUGER .45 CALIBER PISTOL, Model Number P-90, Serial Number 661-79829;

4. RUGER .223 CALIBER RIFLE, Model Number Mini-14, Serial Number 184-34269;

    5.    MOSSBERG .12 GAUGE SHOTGUN, Model Number 500A, Serial Number P565234;

    6.    MOSSBERG .12 GAUGE SHOTGUN, Model Number 500A, Serial Number 389756;

    7.    ROMARM 7.62x39 RIFLE, Model Number WASR-10, Serial Number 1-57812-03;

    8.    SMITH & WESSON 9MM CALIBER PISTOL, Model Number 59, Serial Number A378649; and

    9.    LLAMA .45 CALIBER SEMIAUTOMATIC HANDGUN, Model Mini-Max, Serial Number 71-04-07733-00.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The firearms described in Count 5 of the Information are condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 924; and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said firearms.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") is authorized to seize and take possession of the aforementioned firearms and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), ATF shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the

Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News, or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited firearms must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearms, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture in which all interests will be addressed.

DATED this ___ day of _____, 2006.

_____
HON. JOHN W. SEDWICK
United States District Judge